UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER MILES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:06CV00110MLM |
| BELLFONTAINE HABILITATION CENTER, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Defendant filed a Motion to Dismiss in the above captioned case on March 14, 2006. Plaintiff has failed to file a timely Response. The court Orders that she respond by Friday, April 7, 2006. In the event Plaintiff fails to respond by that date, the court will consider the arguments presented in the Motion to Dismiss and will rule accordingly.

MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of March, 2006.